McGREGOR W. SCOTT
United States Attorney
ANNE E. PINGS
Assistant U.S. Attorney
501 I Street, Suite 10-00
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GIAP HUU LIEN, HIEP HUU LIEN, ) <br> DUC KHIEM NGO, CHAU MINH DANG,) <br> THOMAS VINH QUACH, KAMALJIT ) <br> SINGH KHERA, MIKE HUU NGUYEN, ) <br> and KHOA DANG TRAN TO, ) <br> ) <br> Defendants. ) <br> _____) | CR-S-03-0103 FCD <br><br> STIPULATION AND ORDER <br> FOR EXTENSION OF TIME <br> FOR LIEN HOLDER TO FILE <br> PETITION FOR ANCILLARY <br> HEARING |

Plaintiff United States of America and Countrywide Home Loans, Inc. d.b.a. America's Wholesale Lender, through their counsel of record, hereby agree and STIPULATE as follows:

1. On or about April 14, 2005, Countrywide Home Loans, Inc. d.b.a. America's Wholesale Lender was served notice of the Preliminary Order of Forfeiture filed February 23, 2005, regarding real property located at 13450 Applewood Way, Lathrop, California 95330, APN:196-650-52.

2. The notice stated that if Countrywide Home Loans, Inc. d.b.a. America's Wholesale Lender claims a legal right, title or interest in the aforementioned property they had to file a Petition

1

for Ancillary Hearing within thirty (30) days of receipt of notice.

3. The parties wish to extend to June 24, 2005, the time in which Countrywide Home Loans, Inc. d.b.a. America's Wholesale Lender is required to file their Petition for Ancillary Hearing in this action.

IT IS SO STIPULATED.

DATED: 5/12/05                McGREGOR W. SCOTT
                              United States Attorney

                              /s/ Anne E. Pings
                          By: _____
                              ANNE E. PINGS
                              Assistant U.S. Attorney


DATED: 5/11/05                /s/ Murray Tragish
                              MURRAY TRAGISH
                              Attorney for Countrywide Home Loans,
                              Inc. d.b.a. America's Wholesale Lender

                              (original signature retained by
                              attorney)

**ORDER**

IT IS SO ORDERED.

DATED: May 16, 2005           /s/ Frank C. Damrell Jr.
                              FRANK C. DAMRELL JR.
                              United States District Judge