McGREGOR W. SCOTT
United States Attorney
ANNE PINGS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2785

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GIAP HUU LIEN, and ) <br> HIEP HUU LIEN, ) <br> ) <br> Defendant. ) <br> _____) | CR. NO. S-03-103 FCD <br><br> PRELIMINARY ORDER OF <br> FORFEITURE RE: REAL AND <br> PERSONAL PROPERTY OF <br> DEFENDANTS GIAP HUU LIEN <br> AND HIEP HUU LIEN |

Based upon the plea agreements entered into between plaintiff United States of America and defendants Giap Huu Lien and Hiep Huu Lien, it is hereby

ORDERED, ADJUDGED AND DECREED as follows:

1.  Pursuant to 21 U.S.C. § 853 and/or 18 U.S.C. § 982(a)(1), defendants Giap Huu Lien and Hiep Huu Lien's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

   a) Real property located at 3155 Cynthia Court, Tracy, California 95377, APN: 238-370-63;

   b) Real property located at 4123 Roma Lane, Stockton, California 95206, APN:166-260-34; and

1

1    c) Real property located at 2299 Pisa Circle, Stockton, California 95206, APN:166-270-19.[1]

In addition, defendant Hiep Huu Lien agreed to the entry of a personal money judgment in the amount of $91,000.00 pursuant to Fed. R. Crim. P. 32.2(b)(1). Said judgment shall be satisfied at the time of sentencing.

  2. The above-listed property constitutes, or is derived from, proceeds obtained, directly or indirectly, or was used or intended to be used, in any manner or part, to commit, or to facilitate the commission of a violation of 21 U.S.C. § 846. The above-listed property is property involved in a violation of 18 U.S.C. § 1956(h), or is traceable to such property.

  3. The aforementioned property shall be seized and held by the Department of Treasury, Internal Revenue Service, in its secure custody and control.

  4. a. Pursuant to 18 U.S.C. § 982 incorporating 21 U.S.C. § 853(n) and Local Rule 83-171, the United States forthwith shall publish at least once for three successive weeks in the <u>Stockton Record</u> (San Joaquin County), a newspaper of general circulation located in the county in which the above-described property is located, notice of this Order, notice of the Attorney General's intent to dispose of the property in such manner as the Attorney General may direct, and notice that any person, other than the defendant, having or claiming a legal interest in the above-listed

---

[1] Stipulation and Orders for Interlocutory Sale regarding the above-listed real properties have been filed in this action. The government shall forfeit the net proceeds from the sales of these real properties as the sub *res* in lieu of forfeiting the above-listed real properties.

property must file a petition with the Court within thirty (30) days of the final publication of the notice or of receipt of actual notice, whichever is earlier.

      b. This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the property and any additional facts supporting the petitioner's claim and the relief sought.

      c. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the Order of Forfeiture, as a substitute for published notice as to those persons so notified.

    5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853 and/or 18 U.S.C. § 982(a)(1) in which all interests will be addressed.

    SO ORDERED this 20th day of May, 2005.

                                   /s/ Frank C. Damrell Jr.
                                   FRANK C. DAMRELL, JR.
                                   United States District Judge