V. ROY LEFCOURT
ATTORNEY AT LAW
SBN 49950
2019 WEBSTER STREET
SAN FRANCISCO, CALIFORNIA 94115
(415) 776-0207

Attorney for Defendant
GIAP HUU LIEN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR S-03-0103 FCD |
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE SENTENCING** |
| GIAP HUU LIEN, | |
| Defendant. | |

GOOD CAUSE APPEARING, it is hereby stipulated between the undersigned parties that the date set for sentencing in the above-entitled matter be continued from Tuesday, May 31, 2005, at 9:30 a.m. to Monday, June 27, 2005, at 9:30 a.m. to grant counsel for the government and the defense additional time to prepare a joint recommendation for sentencing as a result of new developments. United States Probation has been notified and have no objections to a continuance.

IT IS SO STIPULATED

//

DATED: May 25, 2005                    Respectfully submitted,


/s/ V.Roy Lefcourt
V.ROY LEFCOURT
Attorney for Defendant
GIAP HUU LIEN


DATED: May 25, 2005

/s/ Anne Pings with permission
ANNE PINGS
Assistant United States Attorney


## ORDER TO CONTINUE SENTENCING

Based upon the above Stipulation, and for good cause appearing, THE COURT ORDERS THAT:   The date set for sentencing in the above-entitled matter be continued from Tuesday, May 31, 2005, at 9:30 a.m. to Monday, June 27, 2005, at 9:30 a.m. to grant counsel for the government and the defense additional time to prepare a joint recommendation for sentencing as a result of new developments.

IT IS SO ORDERED.

DATED: May 26, 2005                    /s/ Frank C. Damrell Jr.
HONORABLE FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE