```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  ANNE E. PINGS
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-00
    Sacramento, California 95814
 4  Telephone: (916) 554-2700
 5
 6
 7                  IN THE UNITED STATES DISTRICT COURT
 8                FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,    )   CR-S-03-0103 FCD
                                 )
11                  Plaintiff,   )   STIPULATION AND ORDER
                                 )   RE INTERLOCUTORY SALE OF
12       v.                      )   REAL PROPERTY SUBJECT
                                 )   TO CRIMINAL FORFEITURE
13  GIAP HUU LIEN, HIEP HUU LIEN,)
    DUC KHIEM NGO, CHAU MINH DANG,)
14  THOMAS VINH QUACH, KAMALJIT  )
    SINGH KHERA, MIKE HUU NGUYEN,)
15  and KHOA DANG TRAN TO,       )
                                 )
16                  Defendants.  )
                                 )
17  _____)
```

18       Plaintiff United States of America, Joseph Lee and Countrywide

19  Home Loans, Inc. d.b.a. America's Wholesale Lender, through their

20  counsel of record, hereby agree and STIPULATE as follows:

21       1.  Defendant Duc Kheim Ngo is named in an Indictment returned

22  March 6, 2003.

23       2.  The Indictment includes a forfeiture allegation against

24  real property located at 13450 Applewood Way, Lathrop, California

25  95330, APN:196-650-52, recorded owner Joseph Lee, and further

26  described in Exhibit A attached hereto.

27       3.  In his plea agreement filed January 24, 2005, defendant Duc

28  Kheim Ngo agreed to the forfeit his right, title and interest to the

                                   1

1  above-mentioned real property.  In the plea agreement Duc Kheim Ngo
2  stipulated and agreed that a factual basis exists for the forfeiture
3  of the above-listed real property.  In the factual basis attached to
4  the plea agreement, Duc Kheim Ngo agreed that the house was
5  purchased by a straw purchaser who received cash deposits from
6  defendant Ngo each month prior to making the mortgage payments.
7       4.   The parties agree that the real property should be sold to
8  preserve its value pending the final resolution of this action.  The
9  real property remains vacant and regular maintenance is needed.
10 Further, the insurance and property taxes have not been paid by the
11 title holder and have been advanced by Countrywide Home Loans, Inc.
12 d.b.a. America's Wholesale Lender.
13      5.   The United States Marshals Service, or their designee shall
14 sell the real property in the most commercially feasible manner, as
15 soon as reasonably possible, for the maximum price.
16      6.   Upon the sale of the real property, the following costs and
17 expenses shall be paid in escrow from the gross sales price in the
18 following priority and to the extent funds are available:
19           a.   To the United States Marshals Service or their
20                designee all expenses related to the sale, maintenance and
21                advertising of this real property;
22           b.   To the San Joaquin County Assessor and Tax Collector
23                all outstanding real property taxes;
24           c.   To Countrywide Home Loans, Inc. d.b.a. America's
25                Wholesale Lender, all unpaid principal and interest at the
26                contractual rate owed as described in the Deed of Trust
27                recorded November 30, 2001, as Instrument No. 01-196177,
28                and all contractually authorized advances, including but

not limited to, all insurance and property taxes advanced by Countrywide Home Loans, Inc. d.b.a. America's Wholesale Lender.  The exact amount to be paid to Countrywide Home Loans, Inc. d.b.a. America's Wholesale Lender,  shall be determined at time of payment.

7.  The net sale proceeds, will be deposited with the U.S. Marshals Service as the substitute *res* in this case, and held pending the further order of the Court.

8.  The parties agree to execute all documents necessary to convey clear title to the United States and to further implement the terms of this stipulation.

9.  Joseph Lee and Countrywide Home Loans, Inc. d.b.a. America's Wholesale Lender acknowledge that they have obtained the advice of counsel, or have declined to do so, and that they are entering into this stipulation knowingly and voluntarily.

10.  All parties are to bear their own costs and attorneys' fees.

IT IS SO STIPULATED.

DATED: 5/20/05                McGREGOR W. SCOTT
                              United States Attorney


                                   /s/ Anne E. Pings
                          By: _____
                              ANNE E. PINGS
                              Assistant U.S. Attorney

1
2
3  DATED:5/12/05                        /s/ Lee Joseph
                                        JOSEPH LEE
4
5                                 ACKNOWLEDGMENT
   State of California      )
6                           )  ss.
   County of Santa Clara    )
7
   On May 12, 2005, before me,___JANE ZHANG_____,
8  Notary Public, personally appeared **JOSEPH LEE**, personally known to
   me or proved to me on the basis of satisfactory evidence to be the
9  person whose name is subscribed to the within instrument and
   acknowledged to me that he executed the same in his authorized
10 capacity, and that by his signature on the instrument the person, or
   the entity upon behalf of which the person acted, executed the
11 instrument.
12 JANE ZHANG
   COMM. #1443385
13 NOTARY PUBLIC - CALIFORNIA           /s/ Jane Zhang
   SANTA CLARA COUNTY                   Signature
14 COMM. EXP. OCT. 4, 2007
15
16 DATED:  5/4/05                       /s/ Murray Tragish
                                        MURRAY TRAGISH
17                                      Attorney for Countrywide Home Loans,
                                        Inc. d.b.a. America's Wholesale Lender
18
19
20                                **ORDER**
21
22      IT IS SO ORDERED.
23
24 DATED: May 26, 2005                  /s/ Frank C. Damrell Jr.
                                        FRANK C. DAMRELL JR.
25                                      United States District Judge
26
27
28

4

**EXHIBIT A**

**PROPERTY DESCRIPTION**
(13450 Applewood Way, San Joaquin County, Lathrop, California)

LOT 90 AS SHOWN UPON MAP ENTITLED "TRACT NO. 3010, STONEBRIDGE, UNIT NO. 4, IN THE CITY OF LATHROP, COUNTY OF SAN JOAQUIN, STATE OF CALIFORNIA, FILED FOR RECORD SEPTEMBER 19, 2000 IN VOL. 35 OF MAPS AND PLATS, PAGE 47, SAN JOAQUIN COUNTY RECORDS.

CERTIFICATE OF CORRECTION RECORDED DECEMBER 18, 2000 AS DOCUMENT NO. 00149213 OFFICIAL RECORDS.
CERTIFICATE OF CORRECTION RECORDED MAY 01, 2001 AS DOCUMENT NO. 01065530 OFFICIAL RECORDS.
CERTIFICATE OF CORRECTION RECORDED MAY 03, 2001 AS DOCUMENT NO. 01066503 OFFICIAL RECORDS.

ASSESSOR PARCEL NO.: 196-650-52