V.ROY LEFCOURT (SBN 49950)
Attorney at Law
2019 Webster St.
San Francisco, CA 94115
(415) 776-0207

Attorney for Defendant
GIAP HUU LIEN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR S-03-0103 FCD |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION TO CONTINUE** |
| v. | ) | **SENTENCING** |
| | ) | |
| GIAP HUU LIEN, | ) | |
| | ) | |
| Defendant. | ) | |

GOOD CAUSE APPEARING, it is hereby stipulated between the undersigned parties that the date set for sentencing in the above-entitled matter be continued from Monday, June 27, 2005, at 9:30 a.m. to Monday, August 15, 2005, at 9:30 a.m. to grant counsel for the government and the defense additional time to finalize their recommendations for sentencing as a result of additional discussions and information being provided to the parties.  The United States Probation Department has been notified and have no objections to a continuance.  Furthermore, the parties stipulate that in light of the fact that the defendant has already pled guilty, the Court need not make a finding under the Speedy Trial Act.

IT IS SO STIPULATED

//

//

DATED: June 21, 2005                    Respectfully submitted,


                                        /s/ V.Roy Lefcourt
                                        V.ROY LEFCOURT
                                        Attorney for Defendant
                                        GIAP HUU LIEN


DATED: June 21, 2005
                                        /s/ Anne Pings with permission
                                        ANNE PINGS
                                        Assistant United States Attorney



## ORDER TO CONTINUE SENTENCING

    Based upon the above Stipulation, and for good cause appearing, THE COURT ORDERS

THAT:

    The date set for sentencing in the above-entitled matter be continued from Monday,

June 27, 2005, at 9:30 a.m. to Monday, August 15, 2005, at 9:30 a.m. to grant counsel for the

government and the defense additional time to finalize their recommendations for sentencing as a

result of additional discussions and information being provided to the parties.


IT IS SO ORDERED.


DATED: June 21, 2005                    /s/ Frank C. Damrell Jr.
                                        HONORABLE FRANK C. DAMRELL, JR.
                                        UNITED STATES DISTRICT JUDGE