V.ROY LEFCOURT (SBN 49950)
Attorney at Law
2019 Webster St.
San Francisco, CA 94115
(415) 776-0207


Attorney for Defendant
GIAP HUU LIEN


UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,       )       CR S-03-0103 FCD
                                )
        Plaintiff,              )
                                )       **STIPULATION TO CONTINUE**
            v.                  )       **SENTENCING**
                                )
GIAP HUU LIEN,                  )
                                )
        Defendant.              )


        GOOD CAUSE APPEARING, it is hereby stipulated between the undersigned parties that

the date set for sentencing in the above-entitled matter be continued from Monday, August 15,

2005, at 9:30 a.m. to Monday, September 26, 2005, at 9:30 a.m. to grant counsel for the

government and the defense additional time to finalize their recommendations for sentencing as a

result of additional discussions and information being provided to the parties.  The United States

Probation Department has been notified.  Furthermore, the parties stipulate that in light of the fact

that the defendant has already pled guilty, the Court need not make a finding under the Speedy

Trial Act.


IT IS SO STIPULATED

//

//

DATED: August 10, 2005                    Respectfully submitted,


                                          /s/ V.Roy Lefcourt
                                          V.ROY LEFCOURT
                                          Attorney for Defendant
                                          GIAP HUU LIEN


DATED: August 10, 2005
                                          /s/ Anne Pings with permission
                                          ANNE PINGS
                                          Assistant United States Attorney



### ORDER TO CONTINUE SENTENCING


        Based upon the above Stipulation, and for good cause appearing, THE COURT ORDERS

THAT:

        The date set for sentencing in the above-entitled matter be continued from Monday, August

15, 2005, at 9:30 a.m. to Monday, September 26, 2005, at 9:30 a.m. to grant counsel for the

government and the defense additional time to finalize their recommendations for sentencing as a

result of additional discussions and information being provided to the parties.


IT IS SO ORDERED.


DATED: August 10, 2005              /s/ Frank C. Damrell Jr.
                                    HONORABLE FRANK C. DAMRELL, JR.
                                    UNITED STATES DISTRICT JUDGE