V.ROY LEFCOURT (SBN 49950)
Attorney at Law
2019 Webster St.
San Francisco, CA 94115
(415) 776-0207

Attorney for Defendant
GIAP HUU LIEN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR S-03-0103 FCD |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION TO CONTINUE** |
| v. | ) | **SENTENCING** |
| | ) | |
| GIAP HUU LIEN, | ) | |
| | ) | |
| Defendant. | ) | |

GOOD CAUSE APPEARING, it is hereby stipulated between the undersigned parties that the date set for sentencing in the above-entitled matter be continued from Monday, September 26, 2005 at 9:30 a.m. to Monday, October 17, 2005 at 9:30 a.m. due to defense counsel's unavailability due to his trial schedule and that he will be undergoing knee surgery and the first available date for both counsel is October 17, 2005.  The United States Probation Department has been notified and does not object to a continuance.  Furthermore, the parties stipulate that in light of the fact that the defendant has already pled guilty, the Court need not make a finding under the Speedy Trial Act.

SO STIPULATED.

//

//

| | |
|---|---|
| DATED: September 22, 2005 | Respectfully submitted, |
| | /s/ V.Roy Lefcourt<br>V.ROY LEFCOURT<br>Attorney for Defendant<br>GIAP HUU LIEN |
| DATED: September 22, 2005 | /s/ Anne Pings with permission<br>ANNE PINGS<br>Assistant United States Attorney |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

| | |
|---|---|
| DATED: September 23, 2005 | /s/ Frank C. Damrell Jr.<br>HONORABLE FRANK C. DAMRELL, JR.<br>UNITED STATES DISTRICT JUDGE |