McGREGOR W. SCOTT
United States Attorney
ANNE E. PINGS
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2785


IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:03-CR-00103-FCD |
| | ) | |
| Plaintiff, | ) | [PROPOSED] FINAL ORDER OF |
| | ) | FORFEITURE |
| v. | ) | |
| | ) | |
| GIAP HUU LIEN, HIEP HUU LIEN, | ) | |
| DUC KHIEM NGO, CHAU MINH DANG, | ) | |
| THOMAS VINH QUACH, KAMALJIT | ) | |
| SINGH KHERA, MIKE HUU NGUYEN, | ) | |
| AND KHOA DANG TRAN TO, | ) | |
| | ) | |
| Defendants. | ) | |

The Court makes the following FINDINGS:

1.  On January 12, 2005, this Court entered a Preliminary
Order of Forfeiture, ordering the forfeiture of the following
property:

> a.   Real property located at 4123 Roma Lane,
> Stockton, California 95206, APN:166-260-34.[1]

The Court adjudged that based on the plea agreement of defendant

---

[1] On March 15, 2005, a Stipulation and Order Re
Interlocutory Sale of Real Property Subject to Criminal
Forfeiture was filed allowing for the sale of this real property.

1

Mike Huu Nguyen that the above-described property was subject to forfeiture pursuant to the provisions of 18 U.S.C. § 982(a)(1).

2.   On February 23, 2005, this Court entered a Preliminary Order of Forfeiture ordering the forfeiture of the following property:

    a.   Real property located at 13450 Applewood Way, Lathrop, California 95330, APN:196-650-52.[2]

The Court adjudged that based on the plea agreement of defendant Duc Khiem Ngo the above-described property was subject to forfeiture pursuant to the provisions of 21 U.S.C. § 853.

3.   On May 23, 2005, this Court entered a Preliminary Order of Forfeiture, ordering the forfeiture of the following properties:

    a.   Real property located at 3155 Cynthia Court, Tracy, California 95377, APN: 238-370-63[3];

    b.   Real property located at 4123 Roma Lane, Stockton, California 95206, APN:166-260-34[4];

    c.   Real property located at 2299 Pisa Circle, Stockton, California 95206, APN:166-270-19[5]; and

---

[2] On May 27, 2005, a Stipulation and Order Re Interlocutory Sale of Real Property Subject to Criminal Forfeiture was filed allowing for the sale of this real property.

[3] On March 29, 2005, a Stipulation and Order Re Interlocutory Sale of Real Property Subject to Criminal Forfeiture was filed allowing for the sale of this real property.

[4] As stated previously, on March 15, 2005, a Stipulation and Order Re Interlocutory Sale of Real Property Subject to Criminal Forfeiture was filed allowing for the sale of this real property.

[5] On March 15, 2005, a Stipulation and Order Re Interlocutory Sale of Real Property Subject to Criminal Forfeiture was filed allowing for the sale of this real property.

1    ///

2              d.   A $91,000.00 personal money judgment against Hiep
                    Huu Lien.
3

4    The Court adjudged that based on the plea agreements of

5    defendants Giap Huu Lien and Hiep Huu Lien that the above-

6    described properties were subject to forfeiture pursuant to the

7    provisions of 21 U.S.C. § 853, 18 U.S.C. § 982(a)(1) and/or Fed.

8    R. Crim. P. 32.2(b)(1).

9         4.   On January 28, February 4 and 11, 2005, the United

10   States published notice of the Court's January 12, 2005

11   Preliminary Order of Forfeiture in the Stockton Record (San

12   Joaquin County), a newspaper of general circulation located in

13   the county in which the subject property listed in paragraph 1.a

14   above is located.

15        5.   On March 21, 28, and April 4, 2005, the United States

16   published notice of the Court's February 23, 2005 Preliminary

17   Order of Forfeiture in the Stockton Record (San Joaquin County),

18   a newspaper of general circulation located in the county in which

19   the subject property listed in paragraph 2.a above is located.

20        6.   On June 13, 20, and 27, 2005, the United States

21   published notice of the Court's May 23, 2005 Preliminary Order of

22   Forfeiture in the Stockton Record (San Joaquin County), a

23   newspaper of general circulation located in the county in which

24   the subject properties listed in paragraph 3.a-d above are

25   located or were seized.  Said published notices advised all third

26   parties of their right to petition the court within thirty (30)

27   days of the publication date for a hearing to adjudicate the

28   validity of their alleged legal interest in the forfeited

property.

7.   The United States sent direct written notice by certified mail to the following persons or entities known to have an alleged interest in one or more of the above-described properties:

      a.   America's Wholesale Lenders

      b.   Joseph Lee

      c.   World Savings Bank, FSB

8.   Lien holders Downey Savings and Loan Association, F.A.; World Savings Bank, FSB; and America's Wholesale Lenders were paid the amounts owed to them upon the sale of the real properties referenced in paragraphs 1 through 3 above.

9.   On May 12, 2005, Joseph Lee filed a Petition For Ancillary Hearing on Forfeiture of Real Property.  Joseph Lee asserted a claim to the real property located at 13450 Applewood Way, Lathrop, California 95330, APN:196-650-52, as part owner of the property.

10.  No other third party has filed a claim to any of the subject properties, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED, ADJUDGED and DECREED as follows:

1.   A Final Order of Forfeiture is hereby entered forfeiting to the United States of America all right, title, and interest in all the below listed properties pursuant to 18 U.S.C. § 982(a)(1), 21 U.S.C. § 853, and/or Fed. R. Crim. P. 32.2(b)(1), to be disposed of according to law, including all right, title, and interest of defendants Mike Huu Nguyen, Duc Khiem Ngo, Giap

1 Huu Lien and Hiep Huu Lien:

2       a.   The net proceeds from the sale of the real
3           property located at 4123 Roma Lane, Stockton, California 95206, APN:166-260-34;

4       b.   The net proceeds from the sale of the real
5           property located at 13450 Applewood Way, Lathrop, California 95330, APN:196-650-52;

6       c.   The net proceeds from the sale of the real
7           property located at 3155 Cynthia Court, Tracy, California 95377, APN: 238-370-63;

8       d.   The net proceeds from the sale of the real
9           property located at 2299 Pisa Circle, Stockton, California 95206, APN:166-270-19; and

10
11       e.   A $91,000.00 personal money judgment against Hiep Huu Lien.

12    2.  Pursuant to the Stipulation For Settlement and Order
13 Thereon filed December 7, 2005, between the United States and
14 Joseph Lee, upon entry of this Final Order of Forfeiture
15 forfeiting the net proceeds as the substitute *res* in lieu of the
16 real property located at 13450 Applewood Way, Lathrop,
17 California, the U.S. Marshals Service shall pay petitioner Joseph
18 Lee $102,522.82, plus any interest that has accrued on that
19 amount, within 45 days of entry of this Final Order of
20 Forfeiture.  Payment to Joseph Lee shall be made through his
21 attorney William F. Burns at 699 Peters Avenue, Suite B,
22 Pleasanton, California 94566.

23    3.  All right, title, and interest in the above-described
24 properties shall vest solely in the name of the United States of
25 America.

26    4.  The United States Marshals Service and/or the Department
27 of Treasury shall maintain custody of and control over the
28 ///

5

1    ///

2    subject properties until they are disposed of according to law.

3          SO ORDERED THIS 17TH day of July, 2006.

4

5                              /s/ Frank C. Damrell Jr.
                               FRANK C. DAMRELL, JR.

6                              United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28