# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## MEMORANDUM

Honorable John A. Mendez   RE: **Giap Huu Lien**
United States District Court Judge       **Docket Number: 0972 2:03CR00103-001**
Sacramento, California       **PERMISSION TO TRAVEL**
       **OUTSIDE THE COUNTRY**

Your Honor:

Giap Huu Lien is requesting permission to travel to Vietnam. He resides in the Northern District of California and is supervised out of the San Jose U.S. Probation Office. Giap Huu Lien is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On October 17, 2005, Giap Huu Lien was sentenced for the offenses of Conspiracy to Distribute MDMA, to Manufacture Marijuana, to Distribute at Least 50 Grams of Methamphetamine, to Distribute at least 5 Kilograms of a Mixture and Substance Containing Detectable Amount of Cocaine, to Possess with Intent to Distribute Marijuana, to Possess with Intent to Distribute at Least 50 grams of Methamphetamine (Count 1); Conspiracy to Launder Monetary Instruments (Count 2); and Criminal Forfeiture (Count 3).

**Sentence Imposed:** 204 months custody on each of Counts 1 and 2, to be served concurrently, in the Bureau of Prisons; 60 months TSR on Count 1 and 36 months on Count 2, to run concurrently, for a total term of 60 months; Mandatory drug testing, No firearms, DNA testing; $200 special assessment

**Dates and Mode of Travel:** By airplane to Ho Chi Minh City, Vietnam, on approximate dates of December 3, 2019 to January 7, 2020.

**Purpose:** Mr. Lien requests to travel to Ho Chi Minh City, Vietnam, to escort his elderly mother on a trip to her hometown.

RE: **Giap Huu Lien**
 **Docket Number: 0972 2:03CR00103-001**
 **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Respectfully submitted,

/s/ Sara Gnewikow

Sara Gnewikow
Sr. United States Probation Officer

Dated: November 19, 2019
Sacramento, California

**REVIEWED BY:** /s/ (For)
**Shannon Morehouse**
**Supervising United States Probation Officer**

---

## ORDER OF THE COURT

**The Court orders:**

☒ Approved  ☐ Disapproved

DATED: 11/20/2019

/s/
John A. Mendez, U. S. District Court Judge

2

REV. 08/2019
PERMISSION TO TRAVEL OUTSIDE THE COUNTRY_MEMO